

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00520-CV

**SOUTHLAND LOG HOMES, INC.** d/b/a Southland Log Homes and Southland Log Homes, LLC d/b/a Southland Log Homes and a/k/a Texas Favorite Log Home, LLC,
Appellants

v.

Betty J. **PLANT**, Individually and as Trustee of the Betty J. Plant Revocable Trust,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05974
Honorable Cathleen M. Stryker, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellants.

It is so **ORDERED** on October 30, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk